Burton E. Montz and Midwest Bag Company, a Corporation, Plaintiffs-Counter-Defendants-Appellees, v. Wayne R. Lester, Defendant-Counter-Plaintiff-Appellant.

Gen. No. 10,365.

Third District.

October 18, 1961.

John A. Lambright, of Danville, for appellant; No appearance, for appellees. Opinion by JUDGE REYNOLDS. **Not to be published in full.**